ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --              )
                                 )
Eastern Construction & Electric, Inc.    )     ASBCA Nos. 60882, 60883
                                 )
Under Contract No. W912DS-13-C-0056   )

APPEARANCES FOR THE APPELLANT:       Steven A. Berkowitz, Esq.
                                          Ira E. Dorfman, Esq.
                                            Berkowitz & Associates, P.C.
                                            Marlton, NJ

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                            Engineer Chief Trial Attorney
                                            Lorraine C. Lee, Esq.
                                            Rita M. Fang, Esq.
                                            Engineer Trial Attorneys
                                            U.S. Army Engineer District, New York

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: October 16, 2018

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60882, 60883, Appeals of Eastern Construction & Electric, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals